UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ Original Plan
☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jonathan Michael Torner      JOINT DEBTOR: Tasha Ann Torner      CASE NO.: _____

SS#: xxx-xx- 2942      SS#: xxx-xx-4305

### I.   NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☒ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☒ |
| Nonstandard provisions, set out in Section IX | ☐ | ☒ |

### II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $5,259.43   for months  1  to  60 ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $5,000.00 | Total Paid: | $0.00 | Balance Due: | $5,000.00 |
|---|---|---|---|---|---|
| Payable | $1,371.43 | /month (Months  1  to  3 ) | | | |
| Payable | $885.71 | /month (Months  4  to  4 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$5,000 Attorney Fees

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III.   TREATMENT OF SECURED CLAIMS   ☐ NONE

**A.   SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ideal Credit Union
   Address: 8499 Tamarack Rd, Saint Paul, MN 55125
   Last 4 Digits of Account No.: 5281

   | | | | |
   |---|---|---|---|
   | Arrearage/ Payoff on Petition Date | $7800 | | |
   | Regular Payment (Maintain) | $1,145.79 | /month (Months  1  to  60 ) |
   | Arrears Payment (Cure) | $100.00 | /month (Months  1  to  3 ) |
   | Arrears Payment (Cure) | $585.72 | /month (Months  4  to  4 ) |
   | Arrears Payment (Cure) | $123.47 | /month (Months  5  to  60 ) |

LF-31 (rev. 04/01/22)                               Page 1 of 4

Debtor(s): Jonathan Michael Torner, Tasha Ann Torr___   Case number: _____

Other: _____

☐ Real Property
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2023 Grand Design RV Momentum M-Class Toy Hauler Series M-395MS Vin# 573FM463XP1124295

---

2. Creditor: Bank of America
   Address: PO Box 45144
   Jacksonville, FL 32232

Arrearage/ Payoff on Petition Date   $86,097.00 @ 7.39%=$103,242.60
Payoff   $1,720.71   /month (Months  1  to  60  )

Last 4 Digits of Account No.: 8258

Other: _____

☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2022 Ford F350SD Lariat Crew Cab 4WD LWB DRW, Vin# 1FT8W3DT7NEC09348

---

3. Creditor: Freedom Road Financial
   Address: 10605 Double R Blvd
   Reno, NV 89521

Arrearage/ Payoff on Petition Date   $17,346 @ 10.5%= $22,368.60
Payoff   $372.81   /month (Months  1  to  60  )

Last 4 Digits of Account No.: 2160

Other: _____

☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ■ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2022 Suzuki GSX1300RRM2 Hayabusa, Vin# JS1EJ11B7N7100498

---

   B. **VALUATION OF COLLATERAL:**   ■ NONE
   C. **LIEN AVOIDANCE**   ■ NONE
   D. **SURRENDER OF COLLATERAL:**   ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

Debtor(s): Jonathan Michael Torner, Tasha Ann Torr    Case number: _____

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Royal Credit Union<br>PO Box 970<br>Eau Claire, WI 54702 | 6929 | 2018 Sea-Doo RXPX VIN-YDV28755C818 |
| 2. | Royal Credit Union<br>PO Box 970<br>Eau Claire, WI 54702 | 3974 | 2022 Sea-Doo GTI SE 130 Vin: YDV49809A222 |

**E. DIRECT PAYMENTS** ☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☐ NONE

   **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   **B. INTERNAL REVENUE SERVICE:** ☒ NONE

   **C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   **D. OTHER:** ☐ NONE

> 1. Name of Creditor: State of Wisconsin Dept of Revenue
> Payment Address: PO BOX 8901 Madison, WI 53708
> Total Due: $10,085.00
> Payable  $10.00  /month (Months  1  to  4  )
> Payable  $179.38  /month (Months  5  to  60  )
> Regular Payment (if applicable)  $0.00  /month (Months ___ to ___)

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

   **A.** Pay  $10.00  /month (Months  1  to  3  )

      Pay  $51.00  /month (Months  4  to  4  )

      Pay  $1,191.33  /month (Months  5  to  60  )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C. SEPARATELY CLASSIFIED:** ☒ NONE

**VI. STUDENT LOAN PROGRAM** ☒ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

   ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☒ NONE

Debtor(s): Jonathan Michael Torner, Tasha Ann Torr   Case number: _____

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jonathan Michael Torner | Debtor | May 7, 2024 | /s/ Tasha Ann Torner | Joint Debtor | May 7, 2024 |
|---|---|---|---|---|---|
| Jonathan Michael Torner | | Date | Tasha Ann Torner | | Date |

/s/ Chad T. Van Horn, Esq.    May 7, 2024
                              Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.