**Fill in this information to identify your case:**

Debtor 1: Jonathan Michael Torner
First Name / Middle Name / Last Name

Debtor 2: Tasha Ann Torner
(Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 1:24-bk-14492

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7       12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| **Creditor's name:** Bank of America<br><br>**Description of property securing debt:** 2022 Ford F350SD Lariat Crew Cab 4WD LWB DRW 59000 miles Vin# 1FT8W3DT7NEC09348 | ☐ Surrender the property.<br>☒ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
| **Creditor's name:** Freedom Road Financial<br><br>**Description of property securing debt:** 2022 Suzuki GSX1300RRM2 Hayabusa 16000 miles Vin# JS1EJ11B7N7100498 Using the JD Power Valuation | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
| **Creditor's name:** Ideal Credit Union<br><br>**Description of property securing debt:** 2023 Grand Design RV Momentum M-Class Toy Hauler Series M-395MS Vin# 573FM463XP1124295 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]: | ☒ No<br>☐ Yes |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1

| Debtor 1 | Jonathan Michael Torner | | Case number (*if known*) | 1:24-bk-14492 |
|---|---|---|---|---|
| Debtor 2 | Tasha Ann Torner | | | |

Using the JD Power Average Retail Value

| Creditor's name: | Royal Credit Union | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2018 Sea-Doo RXPX VIN-YDV28755C818 Using the JD Power Valuation | | |

| Creditor's name: | Royal Credit Union | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☒ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2022 Sea-Doo GTI SE 130 Vin: YDV49809A222 Using the JD Power Valuation | | |

### Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 2

| | | | |
|---|---|---|---|
| Debtor 1 | Jonathan Michael Torner | | |
| Debtor 2 | Tasha Ann Torner | Case number (*if known*) | 1:24-bk-14492 |

| | | | |
|---|---|---|---|
| **X** | /s/ Jonathan Michael Torner | **X** | /s/ Tasha Ann Torner |
| | Jonathan Michael Torner | | Tasha Ann Torner |
| | Signature of Debtor 1 | | Signature of Debtor 2 |
| Date | 07/30/2024 | Date | 07/30/2024 |

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 3